CLOSED,TRANSOUT

## U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:12-mc-00186-MJP

United States of America v. Apple Inc
Assigned to: Judge Marsha J. Pechman
Case in other court: Southern District of New York, 11-md-2293 DLC

Date Filed: 09/14/2012
Date Terminated: 10/17/2012

**Plaintiff**

**United States of America**   represented by **United States of America**
PRO SE

V.

**Defendant**

**Apple Inc**   represented by **Andrew J Frackman**
O'MELVENY & MYERS LLP
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036
212-326-2017
Email: afrackman@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Brian Wells**
LANE POWELL PC
1420 FIFTH AVENUE
STE 4100
SEATTLE, WA 98101
206-223-7000
Email: wellsc@lanepowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward N. Moss**
O'MELVENY & MYERS LLP (NY)
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036
212-728-5671
Email: emoss@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Michelle Peterson**
LANE POWELL PC
1420 FIFTH AVENUE
STE 4100
SEATTLE, WA 98101
206-223-3987
Fax: 206-223-7107
Email: petersonm@lanepowell.com
*ATTORNEY TO BE NOTICED*

V.

**In Re**

**Amazon.com**
*Regarding subpoena directed to Amazon.com.*

represented by **Majorie Alison Walter**
KIPLING LAW GROUP PLLC
3601 FREMONT AVENUE N
STE 414
SEATTLE, WA 98103
206-545-0347
Email: walter@kiplinglawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E Kipling**
KIPLING LAW GROUP PLLC
3601 FREMONT AVENUE N
STE 414
SEATTLE, WA 98103
206-545-0345
Fax: 206-545-0350
Email: kipling@kiplinglawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2012 | 1 | MOTION to Quash or Modify Subpoena Duces Tecum, by In Re Amazon.com. (Attachments: # 1 PROPOSED Order Granting Motion to Quash or Modify Subpoena, # 2 Subpoena and Exhibit A, # 3 Declaration of John Lange, # 4 Declaration of Michael E. Kipling, # 5 E-mail Requesting New Case) Noting Date 10/5/2012. (JS) (Entered: 09/17/2012) |
| 09/17/2012 | | Filing fee received: $ 46, receipt number SEA51504 (LMK) (Entered: 09/17/2012) |
| 09/17/2012 | 2 | NOTICE of Appearance by attorney Michelle Peterson on behalf of Defendant Apple Inc. (Peterson, Michelle) (Entered: 09/17/2012) |

| | | |
|---|---|---|
| 09/17/2012 | 3 | NOTICE *OF MULTIDISTRICT LITIGATION* re 1 MOTION to Quash ; filed by Defendant Apple Inc. (Attachments: # 1 Exhibits A and B)(Peterson, Michelle) (Entered: 09/17/2012) |
| 09/18/2012 | 4 | NOTICE *OF ADDENDUM TO NOTICE OF MULTIDISTRICT LITIGATION* re 3 Notice-Other ; filed by Defendant Apple Inc. (Attachments: # 1 Exhibits A and B)(Peterson, Michelle) (Entered: 09/18/2012) |
| 09/26/2012 | 5 | MINUTE ORDER, made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge: Pursuant to Local Rule CR 7(i), the Court will hold a telephonic hearing on the issue of whether the pending motion to quash (Dkt. No. 1) should be transferred to the Honorable Denise Cote in the Southern District of New York. This teleconference shall occur at 9:00 a.m. on October 3, 2012. Counsel are requested to provide telephone numbers where they will be available to Rhonda Miller, the deputy clerk, at Rhonda_Miller@wawd.uscourts.gov. Telephone Conference set for 10/3/2012 at 09:00 AM before Judge Marsha J. Pechman. (JS) (Entered: 09/26/2012) |
| 09/26/2012 | 6 | NOTICE that the following is RE-NOTED: 1 MOTION to Quash. Filed by In Re Amazon.com. Noting Date 10/12/2012, (Kipling, Michael) (Entered: 09/26/2012) |
| 09/28/2012 | 7 | APPLICATION OF ATTORNEY Andrew J. Frackman FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Apple Inc (Fee Paid) Receipt No. 0981-2963645. (Attachments: # 1 ECF Registration)(Peterson, Michelle) (Entered: 09/28/2012) |
| 09/28/2012 | 8 | APPLICATION OF ATTORNEY Edward N. Moss FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Apple Inc (Fee Paid) Receipt No. 0981-2963653. (Attachments: # 1 ECF Registration)(Peterson, Michelle) (Entered: 09/28/2012) |
| 10/01/2012 | 9 | ORDER re 7 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Andrew J Frackman for Apple Inc, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 10/01/2012) |
| 10/01/2012 | 10 | ORDER re 8 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Edward N. Moss for Apple Inc, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 10/01/2012) |
| 10/03/2012 | 11 | MINUTE ENTRY for proceedings held before Judge Marsha J. Pechman- Dep Clerk: *Rhonda Miller*; Def Counsel: *Andrew Frackman, Chris Wells, Michelle Peterson. Michael Kipling appearing for Amazon*; CR: *Kari McGrath*; **Telephone Conference** held on 10/3/2012. Court will enter order transferring this matter to the Honorable Denise Cote in the Southern District of New York. (RM) (Entered: 10/03/2012) |
| 10/09/2012 | 12 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephone Conference held on 10/3/2012 before Judge Marsha J. Pechman.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to |

| | | |
|---|---|---|
| | | Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript, contact court reporter Kari McGrath by telephone at 206/370-8509 or by e-mail at kari_mcgrath@wawd.uscourts.gov.<br><br>Release of Transcript Restriction set for 1/7/2013, (McGrath, Kari) (Entered: 10/09/2012) |
| 10/12/2012 | 13 | TRANSFER ORDER, by Judge Marsha J. Pechman. Case to be tranferred to the Southern District of New York. (Entered: 10/17/2012) |
| 10/17/2012 | | Case transferred electronically to the Southern District of New York. (JS) (Entered: 10/17/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/18/2012 05:22:40 | | | |
| PACER Login: | us5070 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:12-mc-00186-MJP |
| Billable Pages: | 3 | Cost: | 0.30 |