UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION<br><br>Action Pending in:<br>United States District Court, Southern District of New York (11-md-02293-DLC) | Case No.<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH OR MODIFY SUBPOENA DUCES TECUM**<br><br>**NOTED FOR CONSIDERATION:**<br>**FRIDAY, OCTOBER 5, 2012** |

  This matter came before the Court on Amazon.com's ("Amazon") Motion to Quash or Modify Subpoena Decus Tecum. Having considered the materials submitted by the Parties, it is hereby ORDERED that the Motion is GRANTED and the Subpoena is modified as follows:

  1. Amazon will produce transaction-level data regarding eBook sales in the form previously agreed to among Amazon and all Parties (without any identifying customer information), subject to agreement among all parties to a supplemental protective order covering the data in a form that is acceptable to Amazon.

  2. Amazon will produce transaction-level data regarding pBook sales (without any identifying customer information), subject to agreement among all parties to a supplemental protective order covering the data in a form that is acceptable to Amazon. The Parties will continue to discuss the precise scope and form of the data to be produced, but the scope of the

[PROPOSED] ORDER GRANTING MOTION TO QUASH
OR MODIFY SUBPOENA DUCES TECUM - 1
(11-2-34242-5 SEA)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

production will be as close to the eBook data described in ¶ 1, above, as is reasonably possible.

3. Amazon will search the electronically stored information ("ESI") of the following document custodians, using the search term list attached hereto as Appendix A: Russell Grandinetti, David Naggar, Laura Porco, Steve Kessel; the time period covered by the search shall be January 1, 2008 – April 11, 2012, except

- Amazon will not re-review documents previously produced in conjunction with the DOJ and Texas CIDs; and
- The end date for review of Ms. Porco's ESI shall be January 2011.

4. Amazon will search the ESI of Jeff Bezos solely for correspondence between Mr. Bezos and any Defendant; the time period covered by the search shall be January 1, 2008 – April 11, 2012.

5. Amazon will search the ESI of Ian Freed solely for correspondence between Mr. Freed and any Defendant; the time period covered by the search shall be January 1, 2008 – April 11, 2012.

6. Amazon will search the ESI of John Lange, in-house attorney, using the search terms listed in Appendix A for non-duplicative, external emails only; the time period covered by the search shall be January 1, 2008 – April 11, 2012.

7. Amazon will search the files of David Zapolsky, in-house attorney, solely for correspondence with U.S regulators regarding the investigations of the price-fixing conspiracy at issue in the underlying litigation; the time period covered by the search shall be January 1, 2008 – April 11, 2012.

8. Amazon will produce the documents that it made available to the European Commission in connection with its investigation of a price-fixing conspiracy in Europe involving Apple and the publisher defendants in the underlying litigation, except that Amazon will not produce documents that are privileged under U.S. law. Amazon will not be required to review or produce documents that pertain to Europe from the ESI files of its custodians, even if such documents are hit by the search terms.

[PROPOSED] ORDER GRANTING MOTION TO QUASH
OR MODIFY SUBPOENA DUCES TECUM - 2
(11-2-34242-5 SEA)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

9. To the extent not already produced by Amazon, it will search for each agency agreement between Amazon and any publisher relating to U.S. sales of eBooks in effect prior to April 11. 2012.  (Amazon will also produce any publisher agreement that is hit by the search terms in the files of the custodians in Paragraphs 3 and 6, herein.)

10. Amazon will produce all documents that are captured by the searches described above that respond to the Subpoena, as modified (*see* ¶ 11).

11. The Subpoena is modified as follows:

    i. Amazon will not be required to search for or produce any documents that relate solely or primarily to devices, including without limitation eReaders.

    ii. Amazon will not be required to search for or produce documents that relate solely or primarily to its publishing business, including without limitation, self-publishing (Kindle Direct Publishing).

    iii. Amazon will not be required to search for or produce documents that reveal its non-public, forward-looking plans or strategies in any line of business.

    iv. Amazon will not be required to search for or produce documents that relate to its pricing "algorithm" or the methods it uses to determine retail prices for eBooks.

    v. Except as expressly provided in Paragraphs 7 and 8, herein, Amazon will not be required to search for or produce documents relating to any other government investigation or inquiry.

12. Amazon's search for and production of documents and data as set out herein will be sufficient to comply fully with the Subpoena.

13. Apple is ordered to reimburse Amazon for the costs of complying with the Subpoena, as modified, including all outside attorneys' fees (for review of documents prior to production) and vendor fees.

DATED this ____ day of October, 2012.

_____
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO QUASH
OR MODIFY SUBPOENA DUCES TECUM - 3
(11-2-34242-5 SEA)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

1  Presented by:

2

3  s/ Michael E. Kipling
   Michael E. Kipling, WSBA #7677
   Marjorie A. Walter, WSBA #40078
4  KIPLING LAW GROUP PLLC
   3601 Fremont Avenue N., Suite 414
5  Seattle, WA 98103
   206.545.0345
6  206.545.0350 (fax)
   E-mail:  kipling@kiplinglawgroup.com
7  E-mail:  walter@kiplinglawgroup.com

8  *Counsel for Amazon.com, Inc.*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER GRANTING MOTION TO QUASH
OR MODIFY SUBPOENA DUCES TECUM - 4
(11-2-34242-5 SEA)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

# CERTIFICATE OF SERVICE

I do hereby certify that on this 14th day of September, 2012, I caused to be served a true and correct copy of the foregoing *[Proposed] Order Granting Motion to Quash or Modify Subpoena Duces Tecum* by method indicated below and addressed to the following:

| | |
|---|---|
| Christopher Wells<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>Telephone: (206) 223-7084<br>Email: wellsc@lanepowell.com | *Delivery Via:*<br>[ ] U.S. Mail<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[ ] Hand Delivery<br>[ X ] E-Mail Only<br>[ ] CM/ECF |
| Andrew Frackman<br>Edward N. Moss<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 728-5671<br>Email: afrackman@omm.com<br>Email: emoss@omm.com | *Delivery Via:*<br>[ ] U.S. Mail<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[ ] Hand Delivery<br>[ X ] E-Mail Only<br>[ ] CM/ECF |

DATED this 14th day of September, 2012.

    s/ Michael E. Kipling
    Michael E. Kipling, WSBA #7677
    Marjorie A. Walter, WSBA #40078
    KIPLING LAW GROUP PLLC
    3601 Fremont Avenue N., Suite 414
    Seattle, WA 98103
    206.545.0345
    206.545.0350 (fax)
    E-mail: kipling@kiplinglawgroup.com

    ***Counsel for Amazon.com, Inc.***

[PROPOSED] ORDER GRANTING MOTION TO QUASH
OR MODIFY SUBPOENA DUCES TECUM - 5
(11-2-34242-5 SEA)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

# APPENDIX A

# APPENDIX A

| |
|---|
| 11 99 |
| 12 99 |
| 14 99 |
| 9 99 |
| agency |
| Allessi |
| "American Grown" |
| *Apple* |
| Arnaud or Arnoud |
| "Authors Guild" |
| B&N |
| backlist |
| Baldacci |
| Barnesandnoble or barnes or BN or "Barnes & Noble" or "bn.com" or "book.com" |
| BDB or "Black Dagger" or "J R Ward" |
| bestseller or best*seller* |
| Big w/5 (six or 6) |
| Borders |
| Boycott |
| buy /2 button |
| Cannibaliz* |
| "Charlaine Harris" |
| Commission* |
| Costco |
| Cue or Eddy |
| Cussler |
| Customer* w/10 complain* |
| (David /5 Young) or "de Young" |
| "day and date" |

Page 1

# APPENDIX A

| |
|---|
| "day or date" |
| "Dead in the Family" |
| delay* /5 (release or eBook* or e-book* or title) |
| "Diary of a wimpy kid" |
| Disney |
| (dlp or "digital list price") /5 (plp or "physical list price") |
| Dohle |
| (E*book or eBook*) /10 hardcover or hardback |
| Eulau |
| frontlist |
| Gompertz |
| *Hachette* |
| HarperCollins or HC or Harper |
| "Harry Potter" |
| *hbgusa* |
| Holtzbrink or Holtzbrinck |
| Horner |
| iBook* |
| iPad |
| iPhone /10 (Kindle or app* or eBook* or eReader* or book or Nook) |
| "Jamie Oliver" |
| "Jim Butcher" or "Dresden Files" |
| Jobs (case sensitive) |
| Kennedy |
| (loan or lend*) /10 (publisher* or prime) |
| "Lover Mine" |
| Lynch |
| Macmillan |
| Madeline or (MM /10 "random house" or "RH") or McIntosh or "Mc Intosh" |

Page 2

# APPENDIX A

| |
|---|
| Maja |
| MAP |
| (Market w/10 control) or "market share" or ((market /5 share) and (ebook* or e-book*)) |
| Markus |
| MFC or "most favored customer" |
| MFN or "most favored nation" or Most w/5 favored w/5 nation |
| "Michelle Obama" |
| Minimum w/5 advertis* w/5 pric* |
| Murray |
| "new release" |
| Nourry |
| (NYT or "New York Times" or "NY Times") /10 (list or bestseller or "best seller" or (best /2 sell*) or bestsell*) |
| *Penguin* |
| Picoult |
| pric* /10 sensitiv* or model* or set* or resale* or resell* or maint* or stud* or analy* or promo* or temp* or low* or predat* or fix* or regulat* or manipulat* or strateg* or control* or rais* or high* |
| (Random /5 House) or *randomhouse* or RH |
| Redmayne |
| Reidy |
| Riggio |
| RPM |
| Sargent |
| Schiller |
| Selleck |
| Shanks |
| "Silent Sea" |
| Simon or (Simon /2 Schuster) or (SS) or *simonandschuster* |
| SOR or (Seller* w/5 record) |

Page 3

# APPENDIX A

| |
|---|
| Stockett |
| Strateg* /10 (ebook* or e-book*) |
| "The Help" |
| Turow |
| Walmart or Wal*mart |
| wholesale /20 model* or agreement* or distribut* or switch* or chang* |
| wiley |
| windowing or "to window" |

Page 4