

Filing of Motion to Quash a Foreign Subpoena
Carol Cannon
to:
newcases.seattle
09/14/2012 01:33 PM
Cc:
kipling, "Marjorie A. Walter"
Show Details

History: This message has been replied to.

5 Attachments

Motion to Quash or Modify Subpoena Duces Tecum.pdf  2012-07-06 Subpoena and Exhibit A (Amazon).pdf

[Proposed] Order Granting Motion to Quash or Modify SDT.pdf  Declaration of M.E. Kipling ISO Motion to Quash or Modify SDT.pdf

Declaration of John Lange ISO Motion to Quash or Modify SDT.pdf

Attached for filing are the following documents:

1. Motion to Quash or Modify Subpoena Duces Tecum
2. Copy of Subpoena Duces Tecum (also attached as Exhibit A to Kipling Declaration)
3. Proposed Order Granting Motion to Quash or Modify Subpoena Duces Tecum
4. Declaration of Michael E. Kipling in Support of Motion to Quash or Modify Subpoena Duces Tecum
5. Declaration of John Lange in Support of Motion to Quash or Modify Subpoena Duces Tecum

Please call me at 206.545.0348 for the credit card information for the $46 filing fee.

Thank you!

*Carol*

**Carol A. Cannon** | **Legal Assistant/Office Manager | Kipling Law Group PLLC**

3601 Fremont Ave. N., Suite 414 | Seattle, WA 98103

✉: mailto:cannon@kiplinglawgroup.com">cannon@kiplinglawgroup.com | ☎: 206.545.0348 | 📠: 206.545.0350

| http://www.kiplinglawgroup.com">http://www.kiplinglawgroup.com

----------Kipling Law Group PLLC----------

This email and attachments (if any) may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.